# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**JENNIFER IVY,**

Plaintiff,

CASE NUMBER: 1:13-cv-2620-JDB

v.

**HARDEMAN COUNTY, TENNESSEE,**

Defendant.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 8/6/2014, this cause is hereby dismissed against the Defendant, Hardeman County, Tennessee with prejudice.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**